

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00264-CV

RODNEY P. HUNT, Appellant

V.

VICKY STOVALL, Appellee

Appeal from the 129th Judicial District Court of Harris County (Tr. Ct. No. 2010-68881).

This case is an appeal from the orders signed by the trial court on February 23, 2014, and December 12, 2014. After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellee. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 6, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.